1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17

| CRISTINA MENDOZA, | Case No. 2:25-CV-02077-TLN-JDP |
| Plaintiff, | |
| vs. | ORDER SUBMITTING PLAINTIFF CRISTINA MENDOZA'S CLAIMS TO ARBITRATION, VACATING ALL CASE DEADLINES, AND STAYING ACTION |
| CHASE BANK, INC., AND DOES 1-50, inclusive, | |
| Defendants. | |

18
19
20
21
22
23
24
25
26
27
28

ORDER SUBMITTING PLAINTIFF'S CLAIMS TO ARBITRATION

# ORDER

The Court, having considered the Parties' Joint Stipulation Submitting Plaintiff Cristina Mendoza's Claims to Arbitration, Vacating All Case Deadlines, and Staying Action, and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. Plaintiff will submit to arbitration before AAA the claims asserted in this action consistent with the Parties' Binding Arbitration Agreement.
2. All case deadlines and hearings are hereby vacated.
3. This action is stayed in its entirety pending completion of the Parties' arbitration.

**IT IS SO ORDERED.**

Dated: August 22, 2025

_____
Troy L. Nunley
Chief United States District Judge